RECEIVED
JUN 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/24/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| DEXTER O'NEAL ARVIE | CIVIL ACTION NO. 05-1236 |
| VS. | SECTION P |
| WARDEN BURL CAIN | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE HILL |

## FINDING ON REMAND

For the reasons stated in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS THE FINDING OF THIS COURT** that Dexter O'Neal Arvie's Notice of Appeal was untimely filed on January 10, 2006, the date that petitioner deposited the notice of appeal in the Louisiana State Penitentiary's internal mail system.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20 day of July, 2006.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE